

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-01096-CV

Patricia Y. **MAYERS**,
Appellant

v.

**UNITED INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVH-001030-D1
Honorable Joe Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED. Costs are assessed against appellant Patricia Mayers.

SIGNED May 28, 2025.

_____
Lori Massey Brissette, Justice